UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFERSON SIEGEL,<br><br>       Plaintiff,<br><br>-against-<br><br>SING TAO NEWSPAPERS NEW YORK LTD.,<br><br>       Defendant. | 24-CV-1307 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  In light of the fact that Defendants have not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that the joint letter and proposed case management plan due May 23, 2024 and the initial pretrial conference scheduled for May 30, 2024 are adjourned *sine die*. IT IS FURTHER ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **April 19, 2024**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: April 4, 2024
   New York, New York

                    SO ORDERED.

                    *Jessica Clarke*

                    JESSICA G. L. CLARKE
                    United States District Judge