UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFERSON SIEGEL,

Plaintiff,

-against-

SING TAO NEWSPAPERS NEW YORK LTD.,

Defendant.

24-CV-1307 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

This case is hereby DISMISSED with prejudice pursuant to Federal Rule of Civil

Procedure 41(a)(2). Defendant's motion as to fees and costs is due September 30, 2024,

Plaintiff's opposition is due October 14, 2024, and Defendant's reply is due October 21, 2024.

Dated:  August 30, 2024
        New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge