UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEFFERSON SIEGEL,

                              Plaintiff,

-against-

SING TAO NEWSPAPERS NEW YORK LTD.,

                              Defendant.

---

24-CV-1307 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The Court has reviewed counsel for Plaintiff's motion to withdraw as counsel and its accompanying memorandum and declaration. *See* ECF Nos. 39–41. The motion is hereby GRANTED.

However, the Court will not terminate counsel from this action in light of Defendant's motion for attorney's fees against both Plaintiff and the Sanders Law Group, jointly and severally. *See* ECF No. 37. The Court adopts Defendant's proposed briefing schedule regarding the motion for attorneys' fees with a slight modification, as indicated below:

- Sanders Law Group Opposition to Motion for Attorneys' Fees – **January 6, 2025**

- Plaintiff's Opposition to Motion for Attorneys' Fees – **January 10, 2025**

- Defendant's Reply to Plaintiff's and Sanders Law Group Opposition to Motion for Attorneys' Fees – **February 10, 2025**.

If Plaintiff secures new counsel, new counsel shall file a notice of appearance by **January 6, 2025**. If Plaintiff does not secure new counsel, he is directed to provide his address and/or email address to the Pro Se Intake Unit, 500 Pearl St., Room 205, New York, NY 10007 by **January 6, 2025**. If Plaintiff proceeds *pro se* and would like to receive communications in

this case electronically, Plaintiff should fill out the attached consent form and to return it to the

Pro Se Intake Unit.

The Sanders Law Group is directed to serve this Order on Plaintiff and file proof of

service on the docket by **December 6, 2024**. The Clerk of Court is respectfully directed to list

Plaintiff Jefferson Siegel as "Pro Se" and leave the Sanders Law Group on the docket.


Dated:  November 27, 2024
        New York, New York

                                        SO ORDERED.

                                        _Jessica Clarke_
                                        _____

                                        JESSICA G. L. CLARKE
                                        United States District Judge

**United States District Court**
**Southern District of New York**
*Pro Se Office*

# Pro Se (Nonprisoner) Consent & Registration Form to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail. Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[2]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

**United States District Court**
**Southern District of New York**
*Pro Se Office*

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____

_____
Name (Last, First, MI)

_____
Address          City               State             Zip Code

_____
Telephone Number              E-mail Address

_____
Date                          Signature

**Return completed form to:**

Pro Se Office (Room 200)
500 Pearl Street
New York, NY 10007