UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFERSON SIEGEL,<br><br>                        Plaintiff,<br><br>          -against-<br><br>SING TAO NEWSPAPERS NEW YORK LTD.,<br>                        Defendant. | 24-CV-1307 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

Currently pending before this Court is Defendant Sing Tao Newspapers New York Ltd.'s ("Sing Tao") motion for attorney fees and costs, and sanctions. The motion seeks relief from and against Plaintiff and Sanders Law Group ("SLG") jointly and severally. For this reason, SLG previously concluded an unwaivable conflict of interest was created between them and Plaintiff, and they therefore withdrew as his counsel. ECF Nos. 39, 41. Sing Tao's motion is now fully briefed and ripe for decision, but the Court finds that a conference would be beneficial in order to allow the parties to be heard on any disputed issues.

Accordingly, IT IS HEREBY ORDERED that the parties and their counsel shall appear for a conference regarding Sing Tao's fees motion on **June 25, 2025 at 11:30 AM** in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York.

In addition, the Court notes that the billing records which Sing Tao submitted in support of the motion includes entries which are completely redacted. *See, e.g.,* ECF No. 66-6 at 5. The entries are also not arranged in complete chronological order. Sing Tao is HEREBY ORDERED to file, by **June 13, 2025**, a copy of Exhibit 4 which is organized by date rather than category. Moreover, to the extent Sing Tao purports to rely on any fully redacted entries in support of the

motion, Sing Tao shall submit an unredacted version of the entries, *in camera*, to this Court at

ClarkeNYSDChambers@nysd.uscourts.gov for review on or before **June 16, 2025**.

Dated:  June 11, 2025
        New York, New York

                                         SO ORDERED.


                                         _Jessica Clarke_
                                         _____

                                         JESSICA G. L. CLARKE
                                         United States District Judge